No. 1890, Misc. HANKS v. UNITED STATES. C. A. 10th Cir. Certiorari denied. ██

No. 1894, Misc. HENDRICKSON v. WASHINGTON. Ct. App. Wash. Certiorari denied. 

No. 1898, Misc. SCHWARTZ v. MONTANA BOARD OF PARDONS. Sup. Ct. Mont. Certiorari denied. 

No. 1899, Misc. ROBINSON v. CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied. 

No. 1900, Misc. PRICE v. COX, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 1901, Misc. WILLARD v. UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied. 

No. 1902, Misc. MOORE v. MARYLAND. Ct. Sp. App. Md. Certiorari denied. 

No. 1908, Misc. WASSER v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 1910, Misc. COWAN v. MANCUSI, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 1911, Misc. ROMEO v. McMANN, WARDEN. C. A. 2d Cir. Certiorari denied. 

No. 1912, Misc. BACON v. NELSON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 1915, Misc. GEORGE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.